RECEIVED
IN LAKE CHARLES, LA

MAY - 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 05-20235-01 |
|---|---|
| VERSUS | JUDGE MINALDI |
| JOHN ANTHONY MITCHELL | MAGISTRATE JUDGE WILSON |

### AMENDED ORDER

Upon consideration of the defendant's Motion to Amend Original Order amending the court's Order of November 15, 2005;

IT IS ORDERED that the court's original Order of November 15, 2005, ordering that the defendant, John Anthony Mitchell, submit to an examination to determine his competency to proceed under the provisions of 18 U.S.C. §4241 be and the same is hereby amended to include an evaluation of the defendant for the existence of an insanity defense at the time of this offense to determine whether or not the defendant suffered from any mental disease or defect at the time of the commission of the crime and further, any issue that may be beneficial to the court regarding mitigation of sentencing.

IT IS FURTHER ORDERED that a copy of this Order be served on Mr. Steven M. Dewalt, Warden, or his appointed designee at the Federal Bureau of Prisons, Federal Medical Center, 3301 Leestown Road, Lexington, Kentucky 40511-8799.

Lake Charles, Louisiana, this 2 day of May, 2006.

ALONZO P. WILSON
United States Magistrate Judge