U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 0 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VERSUS | ) | DOCKET NO. 2:05CR20235-001 |
| | ) | |
| JOHN ANTHONY MITCHELL | ) | |

### ORDER

**IT IS ORDERED** that the pending hearing to revoke the Conditional Release of the defendant, JOHN ANTHONY MITCHELL, be terminated and that his Conditional Release be continued. The defendant, JOHN ANTHONY MITCHELL will be supervised by the U.S. Probation Office under the same conditions previously imposed in the Order filed into the record on July 11, 2017.

**IT IS FURTHER ORDERED** that the defendant, JOHN ANTHONY MITCHELL, shall remain in the custody of the U.S. Marshal's Service until on or about December 28, 2018, when he will be transported back to Maison des Ami of Louisiana, Inc., located at 1050 Convention Street, Baton Rouge, Louisiana 70802 by the US. Marshal's Service or Natchitoches Parish Sheriff's Office.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this _____ day of December, 2018.

DEE D. DRELL
UNITED STATES SENIOR DISTRICT JUDGE